# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                            Plaintiff,<br>-vs-<br><br>GREGORIO CANTU and CHRISTOPHER VAUGHN SCHLAX,<br><br>                                            Defendants. | Case Nos.    1:22-CR-2109-SAB-1<br>                      1:22-CR-2109-SAB-2<br><br>CRIMINAL MINUTES<br><br>DATE:          JULY 19, 2023<br><br>LOCATION:   YAKIMA, WA<br><br><br>STATUS CONFERENCE HEARING |

| CHIEF JUDGE STANLEY A. BASTIAN | | | |
|---|---|---|---|
| Michelle Fox | 01 | | Marilynn McMartin |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Christopher Bridger | | Gregory Scott<br>Nick Mirr | |
| **Government Counsel** | | **Defense Counsel** | |
| **United States Probation Officer:** | | | |

[X] Open Court          [ ] Chambers          [ ] Telecon/Video

Defendant Schlax present and in custody of U.S. Marshal.
Defendant Cantu present and out of custody of U.S. Marshal.

Court addresses counsel.

N. Mirr addresses the Court. Requesting additional time. Counsel is out ill so need time to discuss with AUSA. Defendant is willing to sign a Waiver.

G. Scott is requesting additional time.

C. Bridger does not have an update on Ms. Walker.

Court will continue the status conference to October 3, 2023 at 3:00 pm. Court will exclude time based on the Court's authority. Waivers are not necessary.

**[ X ] ORDER FORTHCOMING**

| CONVENED: 3:00 P.M. | ADJOURNED: 3:15 P.M. | TIME: 15 MIN. | CALENDARED    [ X ] |
|---|---|---|---|